# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 31 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kathryn R. Elliott      Case Number: 0980 2:09CR00073-JLQ-1;
    0980 2:09CR00124-JLQ-1

Address of Offender:      Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 30, 2009

Original Offense:    Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924; Maintaining Drug-Involved Premises, 21 U.S.C. § 856(a)(1)

Original Sentence:    Prison 78 months;      Type of Supervision: Supervised Release
TSR - 36 months

Asst. U.S. Attorney:    George JC Jacobs, III      Date Supervision Commenced: February 24, 2015

Defense Attorney:    Federal Defenders Office      Date Supervision Expires: February 23, 2018

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

    **Supporting Evidence**: On February 24, 2015, supervision commenced. A supervision intake was completed that same day. Ms. Elliott signed the conditions of probation and supervised release acknowledging an understanding of standard condition number 19, as noted above.

    Kathryn Elliott violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about May 22 and 24, 2017.

    On May 24, 2017, Kathryn Elliott reported to Alcohol Drug Education Prevention and Treatment (ADEPT) for the purpose of random urinalysis testing. The sample tested presumptive positive for amphetamine. ADEPT staff questioned her about any use, to which she would not disclose. Ms. Elliott then left the facility without signing the proper documentation.

On May 26, 2017, telephone contact was made with Ms. Elliott. At that time, she admitted to consuming methamphetamine on May 22, 2017. She reported that same day. During the office contact, Ms. Elliott submitted to a urinalysis test, which tested presumptive positive for amphetamine and methamphetamine. She then signed a drug use admission form admitting to methamphetamine use on May 22 and 24, 2017.

2  **Standard Condition #2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

**Supporting Evidence**: On February 24, 2015, supervision commenced. A supervision intake was completed that same day. Ms. Elliott signed the conditions of probation and supervised release acknowledging an understanding of standard condition number 2, as noted above.

On May 24, 2017, following notification from ADEPT that Ms. Elliott had walked out of the facility after submitting to a urinalysis that tested presumptive positive for amphetamine, the undersigned officer attempted to contact her by phone. A voice mail message was left directing Ms. Elliott to report the following day at 8:00 a.m. to discuss the above-noted report from ADEPT and to submit to urinalysis testing.

On May 25, 2017, Ms. Elliott failed to report. However, after additional attempts to reach Ms. Elliott via telephone and text messaging, she eventually reported on May 26, 2017.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/30/2017

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

# THE COURT ORDERS
[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

Signature of Judicial Officer

May 31, 2017

Date