PROB 12C
(6/16)

Report Date: June 8, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 15 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kathryn R. Elliott      Case Numbers: 0980 2:09CR00073-JLQ-1
                                                        0980 2:09CR00124-JLQ-1

Address of Offender:                Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 30, 2009

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924; Maintaining Drug-Involved Premises, 21 U.S.C. § 856(a)(1) | |
| Original Sentence: | Prison - 78 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: February 24, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 23, 2018 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/31/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On February 24, 2015, Ms. Elliott's supervision commenced, and a supervision intake was completed that same day. Ms. Elliott signed her conditions of supervised release, acknowledging an understanding of standard condition number 19, as noted above.

On May 31, 2017, Ms. Elliott failed to appear for a random drug test at Alcohol Drug Education Prevention and Treatment (ADEPT). She was directed to supply a urine sample for testing at the United States Probation Office on June 2, 2017.

Ms. Elliott failed to report to the U.S. Probation Office on June 2, 2017, as directed, instead she reported to the U.S. Probation Office on June 5, 2017. She supplied a urine sample that tested presumptive positive for methamphetamine. Ms. Elliott admitted to using methamphetamine on or about June 4, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/08/2017

s/Joshua Schull

Joshua Schull
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge on June 19, 2017
[ ] Other

Signature of Judicial Officer

6/15/2017
Date