PROB 12C
(6/16)

Report Date: June 15, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 16 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kathryn R. Elliott | Case Numbers: 0980 2:09CR00073-JLQ-1<br>0980 2:09CR00124-JLQ-1 |

Address of Offender:　　　　　　　　Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 30, 2009

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924;<br>Maintaining Drug-Involved Premises, 21 U.S.C. § 856(a)(1) |
| Original Sentence: | Prison - 78 months　　　　　Type of Supervision: Supervised Release<br>TSR - 36 months |
| Asst. U.S. Attorney: | George J. C. Jacobs, III　　　Date Supervision Commenced: February 24, 2015 |
| Defense Attorney: | Federal Defenders Office　　　Date Supervision Expires: February 23, 2018 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/31/2017 and 06/08/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On February 24, 2015, Ms. Elliott's supervision commenced, and a supervision intake was completed that same day. Ms. Elliott signed her conditions of supervised release, acknowledging an understanding of standard condition number 19, as noted above.<br><br>On April 12, 2017, U.S. probation officer Hanson directed Ms. Elliott to call Alcohol Drug Education Prevention Treatment (ADEPT) each day and to listen for the color "Brown 1." If "Brown 1" is called, Ms. Elliott was to report to ADEPT to supply a urine sample that day.<br><br>On June 8, 2017, the color "Brown 1" was called and Ms. Elliott failed to report to ADEPT as directed. Ms. Elliott has failed to submit to urine testing as directed by the supervising officer. |

Ms. Elliott was directed to report to the U.S. Probation Office on June 9, 2017. Ms. Elliott submitted a urine sample which tested presumptive positive for methamphetamine.

Ms. Elliott has denied any use of illegal drugs since June 4, 2017. The sample was sent to Alere Laboratory and the results are currently pending.

5   **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On February 24, 2015, Ms. Elliott's supervision commenced, and a supervision intake was completed that same day. Ms. Elliott signed her conditions of supervised release, acknowledging an understanding of standard condition number 19, as noted above.

On April 12, 2017, U.S. probation officer Hanson directed Ms. Elliott to call Alcohol Drug Education Prevention and Treatment (ADEPT) each day and to listen for the color "Brown 1." If "Brown 1" is called, Ms. Elliott was to report to ADEPT to supply a urine sample that day.

On June 14, 2017, the color "Brown 1" was called and Ms. Elliott failed to report to ADEPT as directed. Ms. Elliott has failed to submit to urine testing as directed by the supervising officer.

Ms. Elliott reported to the U.S. Probation Office on June 15, 2017. Ms. Elliott submitted a urine sample which tested presumptive positive for methamphetamine.

Ms. Elliott continues to deny any use of illegal drugs since June 4, 2017. The sample was sent to Alere Laboratory and the results are currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/15/2017

s/Joshua Schull

Joshua Schull
U.S. Probation Officer

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before ~~the Judge~~ *Quachenbush* assigned to the case, on June 29, 2017 @ 10:30 a.m.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

6/16/2017
Date